IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| SADEK MOHAMAD KOUMAIHA | : | |
| MOHAMAD MAJED | : | NO. 09-729-1,5 |

ORDER

AND NOW, this 14th day of October, 2010, upon consideration of defendant Sadek Mohamad Koumaiha's Motion for Continuance of Trial (Docket No. 207), and after a telephone conference with counsel for Mr. Koumaiha, co-defendant Mr. Majed and counsel for the government, IT IS HEREBY ORDERED that said motion is GRANTED.  IT IS FURTHER ORDERED that this case shall be continued for trial until January 2011.  The deputy clerk is instructed to contact all counsel to arrive at a date convenient for all.

Mr. Egan, new counsel for Mr. Koumaiha, needs a continuance to prepare for the trial.  He was just retained and the case is a complicated one.  The Court understands that Mr. Majed objects to the continuance.  However, it would be very inefficient to force the government to try this case twice.  The government would have to present most, if not all, of the evidence in both trials.  This is a short continuance so that any delay would be minimal.  The interests of justice require a continuance of the trial for both Mr. Koumaiha and Mr. Majed.

Wherefore, in accordance with 18 U.S.C. § 361(h)(7)(A), the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and, therefore, orders this case continued.

                        BY THE COURT:


                        /s/ Mary A. McLaughlin
                        MARY A. McLAUGHLIN, J.