Waiver of Indictment

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 09-729-05

MOHAMAD MAJED :

*FILED NOV 30 2010 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk*

Mohamad Majed, the above named defendant, who is accused of

18 U.S.C. § 371

being advised of the nature of the charge and his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Mohamad Majed, Defendant

_____
Witness

11/29/10
Date

~~Arnold Joseph, Esquire~~ Ronald Greenblatt
Counsel for Defendant